IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| MICHAEL PORTER | ) | |
| | ) | CASE NO. 05-37355 |
| DEBTOR | ) | |

## ORDER

AND NOW, this      day of                    , 2009, upon consideration of the within Motion, and the response, if any, it is hereby **ORDERED** and **DECREED** that the within matter is hereby reopened for the purpose of assessing the Motion for Willful violation of by Carol Kron of the injunction imposed by § 524(a)(2) of the Bankruptcy Code.

**BY THE COURT:**

_____
J.