IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 7 |
| MICHAEL PORTER | ) |
| | ) CASE NO. 05-37355 |
| DEBTOR | ) |

## PROOF OF SERVICE

This is to certify that complete copies of all documents contained in Debtor-Plaintiff's Motion to reopen bankruptcy case and to hold Defendant Carol Kron in Contempt of discharge injunction were served on all parties and/or their counsel, by First Class Mail, Postage Prepaid, at the following address(es) on December 21, 2009:

Carol Kron
2235 Oakwyn Road
Lafayette Hill, PA, 19462


_____
Charles J. Diorio, Esquire
184 Lancaster Ave.
Malvern, PA 19355
(610) 647-8282
A.O.P.C. No. 40703

Dated:     December 21, 2009