IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Michael I. Porter             : Chapter 7
       Debtor                     : Bankruptcy No. 05-37355dws

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES OF ALL ORDERS, NOTICES AND PLEADINGS

    **PLEASE TAKE NOTICE,** that Joshua Z. Goldblum, Esquire, appears for Carol Kron in the above-captioned case under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") and requests, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that copies of all notice, applications, orders, motions, pleadings and all other documents filed in the above-captioned case be served at the address set forth below:

                 Joshua Z. Goldblum, Esquire
                 Stonewood Office Campus
                 826 Bustleton Pike, Suite 101
                 Feasterville, PA   19053
                 215-322-2745
                 215-953-9973 FAX
                 jzgoldblum@aol.com

    **PLEASE TAKE FURTHER NOTICE**, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rule specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request or demand, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise.

                                   s/Joshua Z. Goldblum
                                   Joshua Z. Goldblum

DATE: December 31, 2009