**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 7

Michael I. Porter : Bankruptcy 05−37355−elf

**NOTICE**

To the debtor (s), debtor's counsel, U.S. Trustee, all creditors and parties in interest:

NOTICE is hereby given that:

1. In accordance with this court's random assignment procedure, this matter has been assigned to the Honorable Diane W. Sigmund, Bankruptcy Court Judge.

2. This matter has been reassigned to the Honorable Eric L. Frank, Bankruptcy Court Judge.

3. Any pending hearings are adjourned subject to rescheduling by the newly assigned Bankruptcy Judge.

For the Court

Date: 1/4/10                                                                 Timothy B. McGrath
                                                                             Clerk of Court

16
Form 221